**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Johnny Taylor SMITH, Defendant–**
**Appellant.**

**No. 11–7598.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 20, 2012.

Johnny Taylor Smith, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Taylor Smith appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Smith,* No. 4:09–cr–00001–JLK–1 (W.D.Va. Dec. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*